UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANGLIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WEST SIDE HEALTH CARE DISTRICT, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-00027 ---JLT<br><br>ORDER TO DEFENDANT, WEST SIDE HEALTH CARE DISTRICT, TO SHOW CAUSE WHY ONE OR BOTH OF ITS ANSWERS SHOULD NOT BE STRICKEN |

On February 10, 2015, Defendant, West Side Health Care District, filed an answer through counsel, Anthony Bellone. (Doc. 6) On February 13, 2015, Defendant, West Side Health Care District, filed an answer through counsel, Linda Sharpe. (Doc. 7) Clearly, both answers cannot stand. Therefore, within 14 days, Defendant, West Side Health Care District, is **ORDERED** to show cause in writing why one or both of these answers should not be stricken. Alternatively, within this same deadline, Defendant, West Side Health Care District, may withdraw one of the answers.

IT IS SO ORDERED.

Dated:　**February 18, 2015**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE