UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANGLIN,<br><br>        Plaintiff,<br><br>    v.<br><br>WEST SIDE HEALTH CARE DISTRICT, et al.,<br><br>        Defendants. | Case No.: 1:15-cv-00027 ---JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 8) |

On February 10, 2015, Defendant, West Side Health Care District, filed an answer through counsel, Anthony Bellone. (Doc. 6) On February 13, 2015, Defendant, West Side Health Care District, filed an answer through counsel, Linda Sharpe. (Doc. 7) The Court ordered West Side to show cause why one of the answers should not be stricken and, in response, West Side withdrew the latter document. Thus, the order to show cause is **DISCHARGED.**

IT IS SO ORDERED.

Dated:   **February 25, 2015**          /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE