UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANGLIN, ) | Case No.: 1:15-cv-00027 ---JLT |
| )  Plaintiff, ) | ORDER TO PLAINTIFF TO FILE PROOF OF SERVICE ON DEFENDANT, EMERGENCY MEDICAL SERVICES GROUP |
| v. ) | |
| WEST SIDE HEALTH CARE DISTRICT, et al., ) | |
| )  Defendants. ) | |

On January 7, 2015, Plaintiff filed her complaint in this action and named Emergency Medical Services Group along with West Side Health Case District.  (Doc. 1)   The latter defendant has appeared (Doc. 6), the former has not.

On the same date that the complaint was filed, the Court issued a summons to Emergency Medical Services Group (Doc. 3) and issued an order requiring expeditious service of process.  (Doc. 4 at 1-2 )  In addition, the Court reminded Plaintiff of her obligation to comply with Fed. R. Civ. P. 4. In particular, the Court ordered,

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve the summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 4 at 1-2) Thus, the Court **ORDERS** Plaintiff to file proof of service to Emergency Medical Services Group within 10 days.

IT IS SO ORDERED.

Dated:   **April 14, 2015**                              **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE