UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANGLIN, ) | Case No.: 1:15-cv-00027 ---JLT |
| Plaintiff, ) | ORDER SETTING FURTHER STATUS CONFERENCE |
| v. ) | |
| WEST SIDE HEALTH CARE DISTRICT, et al., ) | |
| Defendants. ) | |

On April 27, 2015, the Court held a status conference in this matter and determined that a further status conference was warranted for several reasons. First, defense counsel expressed concern that West Side Health Care District may be federally funded such to require compliance with the Federal Tort Claims Act. Second, it appears, assuming that Plaintiff was not required to file an FTCA claim, the parties are amenable to participating in a site inspection to make a determination of whether they agree barriers to access that exist at the site. Finally, the Court notes that Plaintiff <u>still</u> has not filed proof of service as to Defendant, Emergency Medical Services Group. *See* Doc. 13.

To allow time to investigate these issues, the Court will set a further status conference. Thus, the Court **ORDERS**:

1. A further status conference is set on **May 27, 2015** at 9:00 a.m. <u>Telephonic appearances via the CourtCall service are authorized</u>;

2. Counsel **SHALL** file a joint report no later than **May 20, 2015** setting forth the

following information:

 i. The parties' positions on whether West Side Health Care District is federally funded such to require compliance with the Federal Tort Claims Act;

 ii. Whether the parties are willing to participate in a site inspection (along with their experts) to determine whether they agree that barriers to access do or do not exist at the site;

 iii. The status of service of the summons and complaint on Emergency Medical Services Group;

 iv. Whether the parties will consent to Magistrate Judge jurisdiction.

IT IS SO ORDERED.

Dated: **April 27, 2015**     **/s/ Jennifer L. Thurston**
                UNITED STATES MAGISTRATE JUDGE