UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBRA ANGLIN, | ) | Case No.: 1:15-cv-00027 JLT |
| | ) | |
| Plaintiff, | ) | ORDER REFERRING MATTER TO VDRP |
| | ) | |
| v. | ) | |
| | ) | |
| WEST SIDE HEALTH CARE DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On May 27, 2015, the Court held a status conference in this matter and, on the record, counsel requested the matter be referred to the VDRP.  However, counsel expressed a commitment to immediately beginning settlement discussions.  Therefore, good cause appearing, the Court **ORDERS**:

    1.    The matter is REFERRED to the VDRP;

    2.    The parties **SHALL** immediately engage in settlement discussions and be prepared to report, in detail, to the appointed neutral regarding their efforts toward achieving settlement;

    3.    The matter is STAYED.

IT IS SO ORDERED.

    Dated:    **May 27, 2015**                    **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE