1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11 DEBRA ANGLIN,                                   )   Case No.: 1:15-cv-00027 JLT
                                                   )
12        Plaintiff,                               )   ORDER REQUIRING THE PARTIES TO
                                                   )   SELECT A MEDIATORWITHIN 21 DAYS
13     v.                                          )
                                                   )
14 WEST SIDE HEALTH CARE DISTRICT, et al.,         )
                                                   )
15        Defendants.                              )
                                                   )
16 ──────────────────────────────────────

17        On May 28, 2015, the Court referred the matter to the Voluntary Dispute Resolution Program

18 upon the request of the parties.  (Doc. 22)  Despite the passage of more than three months, the Court

19 has been informed that the parties have failed to select a mediator.  Therefore, the Court **ORDERS**:

20        1.      No later than **September 29, 2015**, the parties SHALL select a mediator or notify the

21 Court that they no longer wish to engage in the VDRP;

22        2.      Failure to select a mediator by this deadline, will result in the Court withdrawing the

23 reference of the case to the VDRP and will immediately set case deadlines.

24        **Failure to comply with this order may result in the imposition of sanctions.**

25
26 IT IS SO ORDERED.

27     Dated:   __September 8, 2015__          _____/s/ Jennifer L. Thurston_
                                               UNITED STATES MAGISTRATE JUDGE
28