UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANGLIN,<br><br>       Plaintiff,<br><br>  v.<br><br>WEST SIDE HEALTH CARE DISTRICT, et al.,<br><br>       Defendants. | Case No.: 1:15-cv-00027 JLT<br><br>ORDER VACATING SETTLEMENT CONFERENCE |

On January 4, 2016, the Court signed the parties' proposed consent decree. (Doc. 29) The consent decree resolved all matters except for "the *amount* of Plaintiff's claims for damages or the amount of attorneys' fees, litigation expenses and costs in this Action." Id. at 4. Thus, the Court ordered the parties to notify the Court, no later than January 18, 2016, if they still desired to participate in the settlement conference set on February 4, 2016. Id. at 6. This did not occur. Therefore, the Court **ORDERS**:

    1.    The settlement conference, currently set on February 4, 2016, is **VACATED**;

    2.    Plaintiff **SHALL** file her motion related to the issues set forth above, if she intends to do so, **no later than March 18, 2016**. <u>**At least 21 days in advance of the filing of the motion**</u>, counsel **SHALL** meet and confer in an attempt to resolve the issues without need for further motion practice. Should these efforts fail, Plaintiff **SHALL** file a certification with her motion that the parties

complied with the meet-and-confer obligations;

    3.    All dates, other than those set forth in paragraph 2, set forth in the case schedule are **VACATED**.

IT IS SO ORDERED.

Dated:   **January 27, 2016**                    **/s/ Jennifer L. Thurston**
                                                                                  UNITED STATES MAGISTRATE JUDGE