UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANGLIN,<br><br>            Plaintiff,<br><br>     v.<br><br>WEST SIDE HEALTH CARD DISTRICT and EMERGENCY MEDICAL SERVICES GROUP,<br><br>            Defendants. | Case No.: 1:15-cv-0027 -JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER REQUIRING STATUS REPORTS |

The consent decree between the parties resolved all matters except for "the amount of Plaintiff's claims for damages or the amount of attorneys' fees, litigation expenses and costs in this Action." (Doc. 32 at 4) The Court ordered the parties to notify the Court if they still desired to participate in the settlement conference that the Court had set previously. (*Id.* at 6) This did not occur.

Accordingly, the Court ordered Plaintiff to file a motion related to these issues no later than March 18, 2016. (Doc. 30) When this did not occur, the Court ordered Plaintiff to show cause why the matter should not be dismissed. (Doc. 31) Now, Plaintiff has responded and indicated the parties have agreed to engage in mediation and have selected a mediator but have not yet scheduled the date for mediation. (Doc. 32) Plaintiff does not report her anticipated time period for engaging in the mediation. Therefore, good cause appearing, the Court **ORDERS**:

    1.    The order to show cause is **DISCHARGED**;

2.  **No later than May 27, 2016 and every 60 days thereafter**, counsel **SHALL** file a joint status report.  Likewise, counsel **SHALL** file a joint statue report **within ten days** of the resolution of the remaining issues whether through mediation or otherwise.

**Failure to comply with this order may result in sanctions including dismissal of the action or an order striking the answer and entering default, depending upon which party fails to comply.**

IT IS SO ORDERED.

   Dated:   **April 28, 2016**                         **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE