1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   DEBRA ANGLIN, | )   Case No.: 1:15-cv-00027 - JLT |
| 12                  Plaintiff, | )<br>)   SECOND ORDER DIRECTING THE PARTIES TO |
| | )   SHOW CAUSE WHY SANCTIONS SHOULD |
| 13           v. | )   NOT BE IMPOSED FOR THEIR FAILURE TO |
| | )   COMPLY WITH THE COURT'S ORDER |
| 14   WEST SIDE HEALTH CARE DISTRICT | ) |
| and EMERGENCY MEDIAL SERVICES | ) |
| 15   GROUP, | ) |
| | ) |
| 16                  Defendants. | ) |
| 17 _____ | ) |

18          On January 4, 2016, the Court signed the parties' proposed consent decree. (Doc. 29) The

19   consent decree resolved all matters except for "the amount of Plaintiff's claims for damages or the

20   amount of attorneys' fees, litigation expenses and costs in this Action." (*Id.* at 4) On April 26, 2016,

21   Plaintiff informed the Court that that the parties agreed to engage in mediation but did not have a date

22   scheduled for the mediation to occur. (Doc. 32)  Accordingly, the Court ordered the parties to file a

23   joint status report "[n]o later than May 27, 2016 and every 60 days thereafter" related to the mediation

24   proceedings, including information regarding the scheduled mediation. (Doc. 33 at 2, emphasis

25   omitted).

26          The parties failed to file a status report or otherwise comply with the Court's order, and the

27   Court issued an order to show cause directing the parties to file a joint status report regarding the

28   mediation proceedings.  (Doc. 34)  In response, the parties filed a Joint Status Report indicating they

1   "still intend to complete mediation with mediator Lee Jacobson," but the mediation was not yet set.

2   (Doc. 35 at 1)  Instead, the parties indicated they planned to "follow[] up with Mr. Jacobson's case

3   manager and aim to have a date confirmed."  (*Id.*)

4           Given delay with the parties seeking the resolution of the matter, despite notifying the Court in

5   January that the consent decree resolved all matters except for the amount of damages, fees, and

6   expenses to be paid, the parties are again **ORDERED** to show cause within seven days as to why the

7   matter should not be dismissed.  In the alternative, the parties **SHALL** file a Joint Status Report

8   setting forth the status of the mediation proceedings, including the date scheduled with Mr. Jacobson.

9

10   IT IS SO ORDERED.

11     Dated:   **July 13, 2016**               **/s/ Jennifer L. Thurston**

12                                       UNITED STATES MAGISTRATE JUDGE