UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANGLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WEST SIDE HEALTH CARE DISTRICT and EMERGENCY MEDIAL SERVICES GROUP,<br><br>　　　　Defendants. | Case No.: 1:15-cv-0027 - JLT<br><br>ORDER GRAN TING STIPULATION TO SET ASIDE THE ORDER DISMISSING THE MATTER<br><br>(Doc. 38) |

　　　　On January 4, 2016, the Court signed the parties' proposed consent decree. (Doc. 29.)  The consent decree resolved all matters except the questions of damages, fees and costs.  (*Id.* at 4.)  The Court ordered the plaintiff to file her motion for these amounts no later than March 18, 2016.  (Doc. 30)  The plaintiff and her counsel ignored this order.

　　　　On April 13, 2016, the Court ordered the plaintiff to show cause why the matter should not be dismissed due to her failure to comply with the Court's orders.  (Doc. 31 at 2)  On April 26, 2016, Plaintiff informed the Court that the parties agreed to engage in mediation but did not have a date scheduled for the mediation to occur. (Doc. 32.)  Accordingly, the Court discharged the order to show cause and ordered the parties to file a joint status report "[n]o later than May 27, 2016 and every 60 days thereafter."  (Doc. 33 at 2, emphasis omitted.)  Once again, the plaintiff ignored this order.

On June 7, 2016, the Court ordered the parties to show cause why sanctions, including dismissal, should not be imposed for their failure to comply with the Court's orders. (Doc. 34) The parties then filed a status report. (Doc. 35) However, they failed to provide any substantive details about the planned mediation. Thus, again, on July 14, 2016, the Court again ordered the parties to show cause why sanctions should not be imposed or to file a status report indicating when the mediation would occur. (Doc. 36) When the parties timely failed to respond, the Court dismissed the action. (Doc. 37)

On the same date, the parties filed a stipulation asking the Court to set aside the dismissal citing various reasons why they believed they had complied with the Court's orders. (Doc. 38) Though the history recited here seems to imply this case is not receiving the proper amount of attention, the Court will **GRANT** the request and **ORDERS** the order dismissing the case is **SET ASIDE**.

Counsel **SHALL** file a joint report **no later than August 12, 2016** detailing the results of the scheduled mediation. Failure to do so will result in the Court dismissing this action and/or imposing monetary sanctions.

IT IS SO ORDERED.

Dated:   **July 28, 2016**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

2