**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBRA ANGLIN, ) | Case No.: 1:15-cv-0027 - JLT |
| )  Plaintiff, ) | ORDER SETTING STATUS CONFERENCE |
| ) v. ) | |
| WEST SIDE HEALTH CARE DISTRICT ) and EMERGENCY MEDIAL SERVICES ) GROUP, ) | |
| )  Defendants. ) | |

On January 4, 2016, the Court signed the parties' proposed consent decree. (Doc. 29.) The consent decree resolved all matters except the questions of damages, fees and costs. (*Id.* at 4.) The parties engaged in mediation in August 2016 but were not able to resolve the matter. (Doc. 40) Though the parties expressed commitment to continue discussing settlement (Id. at 2), it does not appear those efforts have been fruitful. Thus, the Court **ORDERS**:

The Court sets a status conference on **March 21, 2017** at 9:00 a.m. At the conference, counsel **SHALL** be prepared to discuss how to move this case forward including, for example, whether discovery is needed, whether the remaining issues can be resolved through motion practice or whether the parties are prepared to set the matter for a bench trial.

///

1

1 | Counsel may appear at the status conference telephonically via the CourtCall service.
2 |
3 | IT IS SO ORDERED.
4 | Dated: __**March 2, 2017**__                    __**/s/ Jennifer L. Thurston**__
5 |                                                 UNITED STATES MAGISTRATE JUDGE
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |