# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANGLIN, | ) Case No.: 1:15-cv-0027 - JLT |
| Plaintiff, | ) ORDER AFTER STATUS CONFERENCE |
| v. | ) |
| WEST SIDE HEALTH CARE DISTRICT, | ) |
| Defendants. | ) |

At the Court status conference on March 21, 2017, counsel agreed that the consent decree determined that there were architectural barriers at the location and that the plaintiff encountered barriers. Counsel agreed that a motion related to damages would fully resolve the matter without need for trial. Thus, the Court **ORDERS**:

1. Plaintiff's motion re: damages **SHALL** be filed no later than **April 21, 2017** and heard no later than **May 19, 2017**. Counsel may appear at the hearing via telephone by dialing (888) 557-8511 and entering access code 1652736#, provided they lodge a notice of intent to appear telephonically to JLTOrders@caed.uscourts.gov at least five days before the hearing.

IT IS SO ORDERED.

Dated:   **March 21, 2017**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE