# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANGLIN, | ) Case No.: 1:15-cv-0027 JLT |
| Plaintiff, | ) ORDER CLOSING CASE |
| v. | ) |
| WEST SIDE HEALTH CARE DISTRICT , | ) |
| Defendants. | ) |

The parties have stipulated to dismiss this action with prejudice based upon the terms of their settlement agreement. (Doc. 44) Fed.R.Civ.P 41(a) provides, "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Thus, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **May 19, 2017**                    **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE